UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80098-CR-ROSENBERG

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLES LEWIS VORPAGEL,

        Defendant.
        _____/

## UNOPPOSED MOTION TO CONTINUE

Defendant, Charles Lewis Vorpagel, by and through his undersigned counsel, requests this Court to continue his Calendar Call currently set for June 28, 2017 and his Jury Trial currently set for July 3, 2017 for a period of 30 days. As grounds therefor, Defendant states:

1. Defendant, Charles Lewis Vorpagel, was arraigned on June 14, 2017, only 12 days ago.
2. Discovery is not due until next week, but the Government provided an early copy today. Counsel needs sufficient time to review the discovery, mail a copy to her client (which will take approximately one week to reach the client in jail), review the discovery with her client, and then review the applicable criminal sentencing guidelines with her client.

1

3. It is anticipated that this case will likely resolve by a guilty plea.

4. Defendant agrees to waive speedy trial during the time period requested in this motion.

5. Assistant United States Attorney Susan Osborne has no objection to this continuance.

WHEREFORE, Defendant requests this Court to grant the above-styled motion and continue the Calendar Call and Trial for a period of 30 days.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax
Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                *s/ Kristy Militello*
                                                Kristy Militello